## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-09893 |
| | § | |
| JOHN TOSARELLO | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/13/2015, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   04/20/2015

By:   /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-09893 |
| | § | |
| JOHN TOSARELLO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $13,781.49
*and approved disbursements of*     $90.13
*leaving a balance on hand of*[1]:     $13,691.36

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:     $0.00
Remaining balance:     $13,691.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $2,128.15 | $0.00 | $2,128.15 |
| David P. Leibowitz, Trustee Expenses | $4.50 | $0.00 | $4.50 |
| Lakelaw, Attorney for Trustee Fees | $3,196.00 | $0.00 | $3,196.00 |
| Lakelaw, Attorney for Trustee Expenses | $3.30 | $0.00 | $3.30 |

Total to be paid for chapter 7 administrative expenses:     $5,331.95
Remaining balance:     $8,359.41

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid to prior chapter administrative expenses:  $0.00
Remaining balance:  $8,359.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,238.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $16,238.66 | $0.00 | $8,359.41 |

Total to be paid to priority claims:  $8,359.41
Remaining balance:  $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $238,270.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $4,661.16 | $0.00 | $0.00 |
| 2a | Internal Revenue Service | $668.67 | $0.00 | $0.00 |
| 3 | Atlas Acquisitions LLC  (Chase Bank USA, N.A.) | $18,761.03 | $0.00 | $0.00 |
| 5a | North Shore Community Bank & Trust Company | $214,179.70 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:  $0.00
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
John Charles Tosarello                                 Case No. 14-09893-CAD
     Debtor                                         Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1       User: arodarte           Page 1 of 1             Date Rcvd: Apr 21, 2015
                       Form ID: pdf006          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2015.
```
db           #+John Charles Tosarello,   2525 Lake Ave,   Wilmette, IL 60091-1211
aty           +Lakelaw,   420 W. Clayton Street,   Waukegan, IL 60085-4216
22687117      +Atlas Acquisitions LLC  (Chase Bank USA, N.A.),   294 Union St.,   Hackensack, NJ 07601-4303
21678810       Bank of America,   POB 851001,   Dallas, TX 72585
21678814       Chase Bank,   1200 N. 77th St.,   Harrisburg, PA 17102
21678815      +Chase Home Mortgage,   PO BOX 15298,,   Wilmington, DE 19850-5298
21678816       Cook Countynty Collector,   120 N. Clark,   Chicago, IL 60602
21678818      +FIA Card Services,   POB 1630,   Warren, MI 48090-1630
21678820      +North Shore Community Bank,   1145 Wilmette Ave.,   Wilmette, IL 60091-2603
22742240      +North Shore Community Bank & Trust Company,   Latimer LeVay Fyock LLC,   Attn: Tejal S. Desai,
               55 W. Monroe, Suite 1100,   Chicago IL 60603-5128
21678822      +Steve Fink,   421 N. Northwest Hwy.,   Barrington, IL 60010-6020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21739929      +E-mail/Text: bnc@atlasacq.com Apr 22 2015 01:24:40     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
21678817       E-mail/PDF: mrdiscen@discover.com Apr 22 2015 01:28:21     Discover Card,   POB 15316,
               Wilmington, DE 19850
22054569       E-mail/Text: cio.bncmail@irs.gov Apr 22 2015 01:24:55     Department of the Treasury,
               Internal Revenue Service,   PO Box 7346,   Philadelphia PA 19101-7346
22550010       E-mail/PDF: mrdiscen@discover.com Apr 22 2015 01:28:21     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
21678819      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 22 2015 01:19:56     LVNV Funding,
               POB 10584,   Greenville, SC 29603-0584
                                                                                           TOTAL: 5


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21678811*      Bank of America,   POB 851001,   Dallas, TX 72585
21678812*      Bank of America,   POB 851001,   Dallas, TX 72585
21678813*      Bank of America,   POB 851001,   Dallas, TX 72585
22561898*      Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA   19101-7346
21678821*     +North Shore Community Bank,   1145 Wilmette Ave.,   Wilmette, IL 60091-2603
                                                                               TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2015                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2015 at the address(es) listed below:
```
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com/ECF@lakelaw.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com/ECF@lakelaw.com;dl@trustesolutions.net
              Joseph C. Michelotti    on behalf of Debtor John Charles Tosarello  joe@michelottilaw.com,
               i.got.ecfnotices@gmail.com
              Maria  Georgopoulos    on behalf of Creditor   JPMorgan Chase Bank, National Association
               nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                               TOTAL: 5
```